UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC J. STIGGLE, SR.

v.

BRISTOL-MYERS SQUIBB
COMPANY

CASE NO. 3:17cv646-MCR/GRJ

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on 8/29/2017

Motion/Pleadings: Order Reinstating Stay of Conditional Transfer Order 12

Filed by _____ on 8/29/2017   Doc. # 13

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/*Sylvia Williams
Deputy Clerk: Sylvia Williams

In light of the Judicial Panel on Multidistrict Litigation's Order reinstating the stay of the conditional transfer order, the clerk shall transfer this case back to the District of Connecticut.

**DONE** and **ORDERED** this 30th day of August, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**